GEORGE H. JONES, ESQ
Law Office of George H. Jones
816 H Street, Suite 108
Sacramento, CA 95814
Tel: (888) 675-2456
Email: georgej2034@.gmail.co

Attorney for Plaintiffs

PORTER | SCOTT
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
cfessenden@porterscott.com
2180 Harvard Street, Suite 500
Sacramento, California 95815
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO and SACRAMENTO COUNTY SHERIFF'S DEPARTMENT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FERNANDO NADAL SR. and AVA NADAL, individually and as successors in interest to FERNANDO FREYER NADAL JR., deceased,

Plaintiff,

v.

COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT, and DOES 1 through 50, inclusive,

Defendants.
_______________________________________/

CASE NO. 2:26-cv-01648-JAM-CSK

**STIPULATION AND ORDER OF DISMISSAL AND REMAND TO STATE COURT**

Complaint Filed: 10/31/2025

/ / /

Plaintiffs Fernando Nadal Sr. and Ava Nadal, individually and as successors in interest to Fernando Freyer Nadal, Jr., deceased (Plaintiffs) filed their lawsuit against the County of Sacramento and the Sacramento County Sheriff's Department (Defendants) on October 31, 2025 in the Superior Court of the State of California, County of Sacramento. As the complaint asserted claims based on federal law, on April 28, 2026, Defendants timely removed the action to federal court.

Since removal, the parties have met and conferred regarding the claims asserted in Plaintiffs' complaint. Plaintiffs have agreed to amend their complaint and remove all federal claims for relief. Once removed back to state court, Plaintiff will file a Second Amended Complaint that will remove all federal claims. As such, the parties request dismissal of the pending federal lawsuit, and remand of this matter to state court.

Based on the foregoing, IT IS HEREBY STIPULATED by and between Plaintiffs and Defendants, by and through their counsel, that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This dismissal is without prejudice to re-filing in state court so that Plaintiffs may pursue their state law claims. As such, this matter is hereby remanded back to the Superior Court of the State of California, County of Sacramento.

**IT IS SO STIPULATED.**

Dated: July 31, 2026

PORTER SCOTT
A PROFESSIONAL CORPORATION

By _/s/ Carl L. Fessenden__________
Carl L. Fessenden
*Attorney for Defendants*

Dated: July 31, 2026

LAW OFFICE OF GEORGE H. JONES

By __/s/ George H. Jones (Authorized on 07/29/2026)__
George H. Jones
*Attorney for Plaintiff*

## ORDER

Based on the stipulation of the parties, this action be **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This dismissal is without prejudice to re-filing in state court so that Plaintiffs may pursue their state law claims. Therefore,

1. The action is **REMANDED** to the Sacramento County Superior Court.

2. The Clerk of Court is **DIRECTED** to serve a certified copy of the order on the

Clerk of the Sacramento County Superior Court, and reference the state case number (No. 25CV026248) in the proof of service

3. The Clerk of Court is **DIRECTED** to **VACATE** all dates and **CLOSE** this case.

**IS IT SO ORDERED**.

Dated: July 31, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE